IN THE UNITED STATES DISTRICT COURT

FOR THE __Eastern__ DISTRICT OF VIRGINIA.

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number __1:22CV537__

(To be supplied by the Clerk U.S. District Court)

Please fill out this complaint form completely. The court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

## I. PARTIES

**A. Plaintiff:**

1. (a) __Mr. Derrell T. Johnson__
   (Name)

   (b) __1047678__
   (Inmate Number)

   (c) __24414 Musselwhite Dr__
   __Waverly, VA 23891-2222__
   (Address)

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such change, this action may be dismissed.

**B. Defendant (s):**

Plaintiff is advised that only persons acting under color of state law are proper defendants under section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment.

Private parties such as attorneys and other inmates may not be sued under section 1983. In addition, liability under section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens and sheriffs are not liable under section 1983 just because they supervise persons who may have violated your rights. These persons are liable only if they were personally involved in the alleged deprivation. In addition, prisons, jails, and departments within an institution are not persons under section 1983.

1. (a) __Mr. Shawn C. Carter__
   (Name)

   (b) __Marcy Capital Firm__
   (Title/job description)

   (c) __1410 Broadway Blvd # 3rd Floor__
   __New York, NY 10018__
   (Address)

2. (a) __Shakia M. Johnson__
   (Name)

   (b) __Founder Supervisor App / Window__
   (Title/job description)

   (c) __34 Benkert Ave__
   __Baltimore, MD 21229__
   (Address)

1

3  (a) __Alesha Evans__
                                (Name)

   (b) __Investor / Founder   Pro App__
                              (Title/job description)

   (c) __24427 Mussel white Dr__
       __Waverly, VA 23891-2222__
                              (Address)

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

Plaintiff MUST provide an address for defendant(s) in order for the court to serve the complaint. If plaintiff does not provide an address for a defendant, that person may be dismissed as a party to this action.

In addition, plaintiff MUST provide a copy of the completed compliant and any attachments for EACH defendant named.

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?    Yes [ ]   No [✓]

B. If your answer to A is YES: You must describe any lawsuit, whether currently pending or closed, in the space below. [If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.]

_____
_____
_____

1. Parties to previous lawsuit:
Plaintiff(s) _____
Defendants(s) _____

2. Court [if federal court, name the district; if state court, name the county]:
_____
_____

3. Date lawsuit filed: _____
4. Docket number: _____
5. Name of judge to whom case was assigned: _____

6. Disposition [Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?]:
_____
_____

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place?
_____
_____

B. Does the institution listed in A. have a grievance procedure?   Yes [ ]   No [ ]

C. If your answer to B. is YES:
   1. Did you file a grievance based on this complaint?   Yes [ ]   No [ ]
   2. If so, where and when: _____
_____
_____

2

3. What was the result? _____

_____

4. Did you appeal?      Yes [ ] No [ ]
5. Result of appeal: _____

_____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities?     Yes [ ] No [ ]
If your answer is YES: What steps did you take? _____

_____

_____

_____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities.

_____

_____

## IV. STATEMENT OF THE CLAIM

[State here as briefly as possible the facts of your case. Describe how each defendant is involved and how you were harmed by their actions. Also include the names of any other persons involved, dates and places of events. You may cite constitutional amendments you allege were violated, but DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.]

In August of 2017, I invented Smart-Time, which I named M.A.T.H Time at that point. I created a Twitter Account (M.A.T.H Corp26), and a YouTube after Reading the Copyright Policies. In 2019 I asked Counselor Alesha Evans to copy a few of my time designs as I created a bigger brand for my Next Big Tech Company. I changed the name from M.A.T.H Enterprise, to Pro once I invented the STAT Keyboards, Basketball Fantasy, and Baseball Fantasy in 2019. Alesha Evans quit Sussex II, and in 2021 she Launched the Pro App. I mailed my Aunt Shakia M. Johnson a copy of my Time designs, my STAT Keyboards to hold until my release. She showed her close friend Shawn Carter, aka Jay-Z, who convinced her to Launch a Application, and a Window under my Latest Domain Name for my Enterprise "Superstar App/Window". That is Copyright infringement, and I request a Handwriting Analysis during Trial, for the Master Copy of the invention, it took me Five Years to invent, and it got Launched by 3 crooks in weeks. I invented Smart Time and the STAT Keyboards in All Languages, for Sport Lovers Worldwide. Shawn Carter purchased my Designs from Alesha Evans, and him and Shakia Johnson Launched the Superstar App, and Superstar Window without my Permission, and opened my mail, I asked her to keep closed for Poor Man Copyrights. My poor man copyright rights were violated, and I have more Poor Man Copyrights to prove it. Thank You

3

## V. RELIEF

I understand that in a section 1983 action the court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for writ of habeas corpus if I desire this type of relief. __DTJ__ [please initial]

The plaintiff wants the court to: [check those remedies you seek]

✓ award money damages in the amount of $ __1 Trillion Dollars__

✓ grant injunctive relief by __Restoring me My Rights To My inventions, my Logo, and my Trademark Court Fees, and Attorney Fees.__

____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

(3-2019) Sussex II State Prison
(4-2022) 24414 Musselwhite Drive
         Waverly, VA 23891-2222

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636 (C), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

DO YOU CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE:   Yes [✓] No [ ]

You may consent at any time; however, any early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this 26th day of __April__, 20 22

Plaintiff __D. [signature]__
                    (SIGNATURE)



APRIL ...
NOTARY ...
Commonwealth of Virginia
Registration #7547697
My Commission Expires 04/30/25

April Williams
04/26/22