# PRISONERS DATABASE



## MAIN PAGE

## All Records for Derrell Johnson

| RecordID | PrisonerID | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33206 ADD RECORD | 1047678 | 2022-05-11 | Hilton | 2022-05-06 | 1 | 22 | cv | 537 | 42:1983pr | | --- |
| 33061 ADD RECORD | 1047678 | 2022-02-23 | Hilton | 2022-02-22 | 1 | 22 | cv | 204 | 42:1983pr | | --- |
| 29158 ADD RECORD | 1047678 | 2018-01-18 | Hilton | 2018-01-10 | 1 | 18 | cv | 73 | 42:1983pr | | |
| 28784 ADD RECORD | 1047678 | 2017-08-09 | Hilton | 2017-08-03 | 1 | 17 | cv | 915 | 42:1983pr | | |
| 28654 ADD RECORD | 1047678 | 2017-06-21 | Hilton | 2017-06-19 | 1 | 17 | cv | 708 | 42:1983pr | | |
| 24518 ADD RECORD | 1047678 | 2018-04-04 | Hilton | 2018-03-29 | 1 | 18 | cv | 390 | 42:1983pr | | |

TOTAL RECORDS: 6