Mr. Derrell T. Johnson 1047608
Sussex I State Prison
24414 Musselwhite Drive
Waverly, VA 23891-2222




US POSTAGE
ZIP 23801
$001.08
MAY 04 2022

U.S District C U.S. MARSHALS INSPECTED
Eastern District of VA
Richmond Division
701 East Broad Street suite 3000
Richmond, VA 23219